# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Joel Lee Ross, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-3063-CV-S-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion To Dismiss*, filed October 4, 2012 [Doc. 8].

No objections having been interposed, and for good cause appearing, it is

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and fees.

> */s/ John T. Maughmer*
> **John T. Maughmer**
> **United States Magistrate Judge**